

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00849-CV

**IN THE INTEREST OF N.M.D., R.I.D., AND G.T.D.**, Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-06895
The Honorable Richard E. Price, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee Diana Dicker recover her costs of this appeal from appellant Skye Dicker.

SIGNED July 9, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

---

[1] Associate Judge James Rausch entered the orders modifying child support and denying the motion for new trial.